| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Boyle, Terrence W | 2. Court or Organization<br>Eastern Dist of North Carolina | 3. Date of Report<br>05/09/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>PO Box 306<br>306 E. Main Street<br>Elizabeth City, NC 27907-0306 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Trust #1 |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 13 P 12: 15 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Self-employed (artist) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Coin collection | | None | J | T | | | | | |
| 2. Franklin High Yield Tax-Free Fund Cl C | A | Dividend | J | T | | | | | |
| 3. Mutual Discovery Fund Cl C | A | Dividend | J | T | | | | | |
| 4. AT&T Corp New (common) | A | Dividend | | | Sold | 2/19 | J | A | |
| 5. Cree Inc. | | None | J | T | | | | | |
| 6. Charles & Colvard Ltd. | | None | J | T | | | | | |
| 7. Dell Computer | | None | J | T | | | | | |
| 8. Duke Energy Corp (common) | A | Dividend | | | Sold | 12/29 | J | A | |
| 9. Intel Corp | A | Dividend | | | Sold | 12/20 | J | A | |
| 10. Oracle Corp | | None | J | T | | | | | |
| 11. Sun Microsystems | | None | | | Sold | 12/20 | J | A | |
| 12. Allstate Corp | A | Dividend | | | Sold | 12/20 | J | C | |
| 13. Avaya Inc. | | None | J | T | | | | | |
| 14. AT&T Wireless Services | | None | | | Sold | 10/27 | J | A | |
| 15. Agere Systems Inc Cl B | | None | J | T | | | | | |
| 16. Comcast Corp | | None | | | Sold | 12/20 | J | A | |
| 17. Putnam Money Market Fund | A | Dividend | | | Sold | 1/6 | K | A | |
| 18. Cisco Systems (common) | | None | J | T | Buy | 2/19 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. General Electric (common) | A | Dividend | J | T | Buy | 1/15 | J | | |
| 20. Hartford Capital Appreciation Fund - A | | None | K | T | Buy | 1/6 | K | | |
| 21. Hartford Dividend & Growth Fund - A | A | Dividend | K | T | Buy | 1/6 | K | | |
| 22. Hartford Global Leaders Fund - A | | None | K | T | Buy | 1/6 | J | | |
| 23. Cash in brokerage acct from securities sold | A | Interest | K | T | | | | | |
| 24. Trust #1 | A | Dividend | J | T | | | | | |
| 25. -Midway Airlines | | | | | | | | | |
| 26. -Evergreen Money Market Fund | | | | | Sold | 1/6 | J | A | |
| 27. -Evergreen Treasury Money Market Fund | | | | | Sold | 1/6 | J | A | |
| 28. -Putnam Money Market Fund | | | | | Sold | 1/6 | J | A | |
| 29. -Hartford Capital Appreciation Fund - A | | | | | Buy | 1/6 | J | | |
| 30. -Hartford Dividend & Growth Fund - A | | | | | Buy | 1/6 | J | | |
| 31. -Hartford Global Leaders Fund - A | | | | | Buy | 1/6 | J | | |
| 32. IRA Account #1 | A | Dividend | L | T | | | | | |
| 33. -Daimler Chrysler AG | | | | | Sold | 12/29 | J | A | |
| 34. -AT&T Corp New (common) | | | | | Sold | 1/15 | J | A | |
| 35. -Cree Inc | | | | | Partial sale | 12/29 | K | D | |
| 36. -Nortel Networks | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Trimeris Inc | | | | | Sold | 1/28 | J | A | |
| 38. -Lucent Technologies | | | | | | | | | |
| 39. -Charles & Colvard Ltd. | | | | | Buy addit'l | 8/25 | J | | |
| 40. -CSX Corp | | | | | | | | | |
| 41. -Time Warner, Inc. | | | | | Sold | 11/23 | J | A | |
| 42. -Adobe Systems | | | | | | | | | |
| 43. -Intel Corp | | | | | Buy addit'l | 1/20 | J | | |
| 44. -Avaya Inc | | | | | | | | | |
| 45. -AT&T Wireless Services | | | | | Sold | 10/27 | J | A | |
| 46. -Hewlett Packard Company | | | | | Sold | 11/23 | J | A | |
| 47. -Duke Energy Corp (common) | | | | | Sold | 1/15 | J | A | |
| 48. -Agere Systems Inc Cl B | | | | | | | | | |
| 49. -Comcast Corp | | | | | Sold | 11/23 | J | A | |
| 50. -Cisco Systems (common) | | | | | Buy | 1/21 | J | | |
| 51. -Red Hat, Inc. (common) | | | | | Buy | 1/20 | J | | |
| 52. -Cash in money market deposit acct from securities sold | | | | | | | | | |
| 53. -Cash in brokerage acct from securities sold | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date 5-11-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544